IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2018CV30981

**LA JOLLA PARK TOWNHOMES HOMEOWNERS ASSOCIATION**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND ITS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, by and through its counsel, Debra K. Sutton and Sandy Eloranto, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company ("American Family") is the Defendant in the above titled action, originally filed in the District Court, El Paso County, Colorado, Case No. 2018CV30981. On or about April 24, 2018, Plaintiff, La Jolla Park Townhomes Homeowners Association ("La Jolla Park Townhomes HOA") filed its Complaint and Jury Demand in El Paso County District Court, Colorado. The Complaint seeks recovery of damages as to American Family based on allegations of under payment in replacement cost value covered damages. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. La Jolla Park Townhomes HOA is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 1. Defendant American Family is a citizen of the state of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 3.

4. The amount in controversy exceeds $75,000. Plaintiff's Complaint alleges American Family delayed and denied payment of $144,345.23, $231,922.26, and $206,111.43 in covered benefits without a reasonable basis entitling it to two times the covered benefit. *See* **Exhibit A** at ¶¶ 41, 62, 116-119, 121. Additionally, in District Court Civil (CV) Case Cover Sheet, **Exhibit C**, Plaintiff states' it seeks' more than $100,000 in damages. *See* **Exhibit C** at 3.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. American Family was served with Plaintiff's Complaint and Jury Demand in this

matter on May 4, 2018. *See* **Exhibit D**. Thus, American Family's Notice of Removal is due June 4, 2018.

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of El Paso. *See* **Exhibit E**. The process, pleadings, and orders are captioned as follows:

**Exhibit C** District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit F**    Summons to Wal-Mart;

**Exhibit A**    Complaint and Jury Demand;

**Exhibit D**    Return of Service regarding American Family.

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of El Paso8.    American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of El Paso in Civil Action No. 2018CV30981. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit G**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company respectfully requests that this case be removed

from the District Court for the County of El Paso, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 4th day of June, 2018.

                    */s/   Sandy Eloranto*
                    Debra K. Sutton
                    Sandy Eloranto
                    Sutton | Booker | P.C.
                    4949 S. Syracuse, Suite 520
                    Denver, Colorado  80237
                    Telephone:  303-730-6204
                    Facsimile:   303-730-6208
                    E-Mail:  dsutton@suttonbooker.com
                    ***Attorneys for Defendant,***
                    ***American Family Mutual Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2018, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Jonathan E. Bukowski
    Larry Bache
    Timothy G. Burchard II
    Merlin Law Group, P.A.
    1001 17th St., Ste 1150
    Denver CO  80202

                    */s/   Sarah E. Anderson*
                    *A duly signed original is on file at*
                    *Sutton | Booker | P.C.*