IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01365-RBJ

**LA JOLLA PARK TOWNHOMES HOMEOWNERS ASSOCIATION**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**,

    Defendant.

_____
**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
_____

    The Plaintiff, La Jolla Park Townhomes Homeowners Association, and Defendant, American Family Mutual Insurance Company, by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendant are dismissed WITH PREJUDICE, all claims between Plaintiff and Defendant, American Family Mutual Insurance Company, having been amicably resolved, the parties to pay their own fees and costs.

    Respectfully submitted this 23rd day of August, 2019.

| | |
|---|---|
| */s/ Larry Bache* | */s/ Sandy Eloranto* |
| Larry Bache | Sandy Eloranto |
| Merlin Law Group | Sutton \| Booker \| P.C. |
| 1001 17th Street, Ste. 1150 | 4949 S. Syracuse, Suite 500 |
| Denver, CO 80202 | Denver, Colorado 80237 |
| Telephone: (720) 665-9680 | Telephone: 303-730-6204 |
| Facsimile: (720) 665-9681 | Facsimile: 303-730-6208 |
| E-Mail: lbache@merlinlawgroup.com | E-Mail: seloranto@suttonbooker.com |
| *Attorneys for Plaintiff La Jolla Park Townhome Homeowners Association* | *Attorneys for Defendant American Family Mutual Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2019, I electronically filed a true and correct copy of the above and foregoing Stipulated Motion for Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan E. Bukowski
Larry Bache
Timothy G. Burchard II
Merlin Law Group, P.A.
1001 17th St., Ste. 1150
Denver, CO  80202

/s/   Sarah E. Anderson
*A duly signed original is on file at*
*Sutton | Booker | P.C.*